IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CURTIS WAYNE COSTNER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | 1:17CV376<br>1:15CR383-1 |

ORDER AND RECOMMENDATION

Petitioner, a federal prisoner, submitted a document entitled as a "Motion for Clarification of Sentence" in which he contends that the United States Bureau of Prisons is treating the federal sentence he received in this Court as consecutive to a state court sentence he received in North Carolina. He contends that this treatment is incorrect and he seeks to have the Court modify or correct the Judgment in his criminal case to reflect this. However, he cites no authority allowing for such a modification. Further, although Petitioner does not use the forms for an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, where a petitioner is attacking the execution and not imposition of a sentence, his petition is properly before the court pursuant to § 2241. See, e.g., Youngworth v. United States Parole Commission, 728 F. Supp. 384, 388 (W.D.N.C. 1990). Therefore, the Court treated Petitioner's submission as a petition under § 2241. Further, in a § 2241 action challenging the execution of the sentence of a petitioner in physical custody within the United States, the petition should be filed in the district court of the district

where the petitioner is in custody. See Kanai v. McHugh, 638 F.3d 251, 255 (4th Cir. 2011) (citing Rumsfeld v. Padilla, 542 U.S. 426, 446-47 (2004)). It appears that Petitioner is incarcerated in the Eastern District of North Carolina. Accordingly, Petitioner should seek the proper forms from the Clerk of that district and file any § 2241 petition there after he exhausts any administrative remedies within the Bureau of Prisons. The address for the Clerk is: 310 New Bern Avenue, Room 574, Raleigh, NC 27601.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation of dismissal with permission to file a new petition in the proper district.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE RECOMMENDED that this action be dismissed *sua sponte* without prejudice to Petitioner filing in the proper district after exhausting any available administrative remedies.

This, the 10th day of May, 2017.

_____
Joe L. Webster
United States Magistrate Judge